**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

NEW YORK LEGAL ASSISTANCE GROUP, INC.,

Plaintiff,

-against-

UNITED STATES DEPARTMENT OF HOMELAND SECURITY, UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, UNITED STATES CUSTOMS AND BORDER PROTECTION, UNITED STATES SECRET SERVICE, FEDERAL PROTECTIVE SERVICES, AND OFFICE OF INTELLIGENCE AND ANALYSIS,

Defendants.

No. 22 Civ. 5928 (AKH)

**STIPULATION AND ORDER OF SETTLEMENT AND DISMISSAL**

WHEREAS, on or about September 29, 2020, Plaintiff New York Legal Assistance Group, Inc. ("Plaintiff") submitted requests (the "Requests") pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, to U.S. Immigration and Customs Enforcement and the U.S. Department of Homeland Security (which transferred the requests to U.S. Customs and Border Protection, U.S. Secret Service, the Federal Protective Service, and the Office of Intelligence and Analysis) (together, the "Agencies");

WHEREAS, on July 12, 2022, Plaintiff filed a complaint in this action against the Agencies;

WHEREAS, following the commencement of this action, the Agencies produced records responsive to the Requests; and

WHEREAS, the only outstanding issue in this case is Plaintiff's claim for attorneys' fees and costs, and the parties wish to resolve that claim and dispose of this matter without further litigation,

NOW, THEREFORE, it is hereby STIPULATED and AGREED between the parties as follows:

1. As soon as reasonably practicable, the Agencies shall pay Plaintiff the total sum of one hundred and eleven thousand dollars and seventy cents ($111,000.70) in full and final satisfaction of any claim by Plaintiff for attorneys' fees and litigation costs in this matter. Payment shall be made by electronic funds transfer, and Plaintiff's counsel will provide the necessary information to counsel for the Agencies to effectuate the transfer.

2. Plaintiff releases and discharges the Agencies and the United States of America, including its agencies, departments (including the Agencies), officers, employees, servants, and agents, from any and all claims and causes of action that Plaintiff asserted, or could have asserted, in this litigation.

3. This action is accordingly dismissed with prejudice and without costs or fees other than as provided in paragraph 1 of this Stipulation and Order, provided that the Court shall retain jurisdiction for the purpose of enforcing this Stipulation and Order and resolving any issues that might arise relating to such enforcement.

4. Nothing in this Stipulation and Order shall constitute an admission that the Agencies are liable for any attorneys' fees or litigation costs. This Stipulation and Order is entered into by the parties solely for the purpose of compromising disputed claims in this case and avoiding the expenses and risks of further litigation concerning Plaintiff's claim for attorneys' fees and litigation costs. This Stipulation and Order is non-precedential with respect to any other proceeding involving the parties, including, but not limited to, any other FOIA action or administrative proceeding, and shall have no effect or bearing on any pending or future request for records made by Plaintiff under FOIA.

5. This Stipulation and Order contains the entire agreement between the parties, and no statement, representation, promise, or agreement, oral or otherwise, between the parties or their counsel that is not included herein shall have any force or effect.

6. This Stipulation and Order may be executed in counterparts. Facsimile or pdf signatures shall constitute originals.

Dated: New York, New York
December 20, 2024

NEW YORK LEGAL ASSISTANCE GROUP, INC.

By: ________________________
DANIELLE TARANTOLO
100 Pearl Street
New York, NY 10004
Tel. (212) 613-6551
E-mail: dtarantolo@nylag.org

EDWARD Y. KIM
Acting United States Attorney for the
Southern District of New York

By: ________________________
DAVID E. FARBER
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Tel.: (212) 637-2772
E-mail: david.farber@usdoj.gov
*Attorney for the Agencies*

SO ORDERED:

________________________________________
THE HONORABLE ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE

Dated: ______________